IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13- 0093 JST |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JONATHAN MOTA, | ) | |
| Defendant. | ) | |

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S
REQUEST FOR ACCESS TO AN MP3 PLAYER IN GLENN DYER JAIL

Upon motion of defendant, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Jonathan Mota is permitted to receive and use an MP3 player containing all of the audio recordings provided to counsel by the government in discovery. Counsel for the defendant will work with the deputies to meet the security needs of Glenn Dyer Jail and make use of an MP3 player owned by CJA and available for such use. Counsel shall be permitted to provided batteries as needed.

//

1  Defendant is ordered not to share the MP3 player with any other inmate.
2
3  The audio discovery remains subject to the Protective Order already in force in
4  this case.
5
6
7
8
9
10  Dated: December 8, 2013                    _____
11                                              United States District Judge
                                                HON. JON S. TIGAR
12
13
...
28