1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484141)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 13-CR-93 JST |
|---|---|
| | ) |
| | ) STIPULATION WITH RESPECT TO TRIAL AND |
| | ) PRETRIAL SCHEDULE AND [PROPOSED] |
| v. | ) ORDER |
| | ) |
| JONATHAN MOTA | ) |
| | ) |
| Defendant | ) |

The parties appeared before the Honorable Jon S. Tigar on December 2, 2013 for a hearing to set dates. Assistant U.S. Attorneys Kathryn Haun and William Frentzen represented the United States, and Richard B. Mazer, Esq. represented the defendant. The government requested a trial date in either February or March 2014. Among other reasons, the government stated that it was in the public's interest, including the victim's family's interest, to have as speedy a trial as possible. Defense counsel opposed the setting of a trial date in early 2014 due to commitments with other cases, including a case set for trial before Judge Illston in April and May 2014. The Court set forth several factors it typically considers in setting a trial date, and the parties agreed to meet and confer and see if they could arrive at a

STA [PROPOSED] ORDER
13-CR-93 JST

1

proposed schedule that would suit both sides.

The parties have met and conferred and have arrived at a proposed stipulated schedule for the following trial and pretrial dates. The following schedule presumes an **October 6, 2014** trial date. Unless otherwise noted below, these deadlines are reciprocal and apply to each side.

| | |
|---|---|
| **August 1, 2014** | Government produces materials necessary for defense reply to outstanding FRE 404(b) and severance motions |
| **August 22, 2014** | Defense files replies, if any, to government's previously-filed oppositions to defendant's Motion to Preclude FRE 404(b) Evidence and defendant's Motion to Sever |
| **September 5, 2014** | Deadline for filing any additional Motions in Limine |
| **September 6, 2014** | Case-in-chief disclosures for experts due |
| **September 12, 2014** | Deadline for filing any Oppositions to Motions in Limine |
| **September 17, 2014** | Deadline for filing any replies to Motions in Limine |
| **September 19, 2014** | Hearing date before the Court on defendant's Motion to Preclude FRE 404(b) Evidence and defendant's Motion to Sever, as well as Motions in Limine |
| **September 26, 2014** | Deadline for production of Jencks/Giglio materials that exist at the time and witness and exhibit lists due |
| **September 29, 2014** | Pretrial conference |
| **October 6, 2014** | Jury selection and trial begins |

//

//

//

STA [~~PROPOSED~~] ORDER
13-CR-93 JST

The parties are set to appear before the Court on Monday, December 9, 2013, at which the parties presume the foregoing will be discussed. Nonetheless, a Proposed Order is attached in the event that following the December 9, 2013 hearing, the Court adopts the instant Stipulated Schedule. Finally, the parties jointly suggest that an additional two status conferences would be appropriate in early and mid 2014 to address any issues and/or discovery matters.

SO STIPULATED.

December 6, 2013

/s/
_____
KATHRYN R. HAUN
WILLIAM FRENTZEN
Assistant U.S. Attorneys

/s/
_____

December 6, 2013

RICHARD MAZER
MARK GOLDROSEN
Attorneys for Defendant

### ~~PROPOSED~~ ORDER

For the reasons adduced at the hearings on December 2, 2013 and December 9, 2013, and those set forth in the parties' Stipulation with Respect to Trial and Pretrial Schedule, it is hereby ordered that the schedule set forth in that Stipulation is adopted by the Court. Those dates shall govern the case. Further, the parties are directed to appear on March 7, 2014 at 9:30 a.m. for status conferences.

IT IS SO ORDERED.

DATED: December 9, 2013

_____
JON S. TIGAR
United States District Court Judge

STA [~~PROPOSED~~] ORDER
13-CR-93 JST

3