1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484141)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kathryn.haun@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,      ) CASE NO. 13-CR-93 JST
                                    )
15 |                                ) STIPULATION TO EXCLUDE TIME UNDER
                                    ) SPEEDY TRIAL ACT AND [PROPOSED] ORDER
16 |    v.                          )
                                    )
17 | JONATHAN MOTA                  )
                                    )
18 |     Defendant                  )
                                    )
19

20      The parties appeared before the Honorable Jon S. Tigar on March 7, 2014 for a status and

21 *Faretta* hearing.  Assistant U.S. Attorney Kathryn Haun represented the United States, and Richard B.

22 Mazer, Esq. represented the defendant for part of the hearing.  The Court granted the defendant's motion

23 to represent himself, with Mr. Mazer serving as standby counsel for the remainder of the proceedings.

24 The parties moved the Court for an exclusion of time from MARCH 7, 2014 to SEPTEMBER 19, 2014.

25 The Court found and held as follows:

26      1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. Section 3161, from MARCH 7,

27 2014 to SEPTEMBER 19, 2014, is necessary in light of the need for effective preparation of the case by

28
   STA [PROPOSED] ORDER
   13-CR-93 JST
                                        1

defendant. Failure to grant the requested continuance would unreasonably deny defendant the time necessary for effective preparation, taking into account the exercise of due diligence and the need for defendant to conduct further investigation. This is especially true given the government's ongoing production of discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from MARCH 7, 2014 to SEPTEMBER 19, 2014, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from MARCH 7, 2014 to SEPTEMBER 19, 2014, was excluded from Speedy Trial Act calculations under 18 U.S.C. Section 3161(h)(7)(A) & (B)(ii) and (iv).

**IT IS SO ORDERED.**

DATED: March 7, 2014

_____
JON S. TIGAR
United States District Court Judge

STA [PROPOSED] ORDER
13-CR-93 JST