MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484141)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 FAX: (415) 436-7234
 Kathryn.haun@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93 JST |
| v. | STIPULATION TO PROVIDE DEFENDANT FULL CONTENTS OF SOCIAL MEDIA ACCOUNT AND [PROPOSED] ORDER |
| JONATHAN MOTA | |
|  Defendant | |

  A federal search warrant, authorized by the Honorable Joseph C. Spero on May 9, 2013, was executed for the contents of, inter alia, the defendant's Facebook account. That search warrant contained the district's standard "Attachment C," which requires that the government seize only certain items enumerated in an "Attachment B."

  Given that the entire contents of what Facebook provided for the defendant are the defendant's own statements on Facebook, the government hereby moves the Court for an Order permitting the government to provide the entirety of what Facebook provided to the government, to the defendant.

STA [PROPOSED] ORDER
13-CR-93 JST

1

1  SO STIPULATED

Jonathan MOTA, Defendant, Pro Se

MELINDA HAAG

U.S. ATTORNEY

KATHRYN HAUN

WILLIAM FRENTZEN

Assistant U.S. Attorneys

### PROPOSED ORDER

For the reasons stated in the instant stipulation, the government may – notwithstanding Attachment C in the search warrant described in the stipulation – provide the defendant the contents of his own Facebook account, whether or not that information is "seizable" under Attachment B of said warrant.

IT IS SO ORDERED.

DATED: June 2, 2014



IT IS SO ORDERED
Judge Jon S. Tigar

STA [PROPOSED] ORDER
13-CR-93 JST