Jonathan Mota
Pro Se

Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

Standby Counsel for Pro Se Defendant
Jonathan Mota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93 JST |
| v. | STIPULATION AND [PROPOSED] ORDER |
| JONATHAN MOTA | |
| Defendant | |

After consultation with the Judge Tigar's courtroom deputy, and given the unavailability of counsel for the government, the parties jointly request that the status hearing set for this Friday,

//

//

//

//

[PROPOSED] ORDER
13-CR-93 JST

1

1 | February 13, 2015 be vacated and continued to February 19, 2015 at 10 a.m. before the Honorable Judge
2 | Tigar in San Francisco.

3 |                                                 Respectfully submitted

4 | So stipulated

5 | 2/12/15                                             _____/s/_____

6 |                                               KATHRYN HAUN
                                              Assistant U.S. Attorney

7 | So stipulated

8 | 2/12/15

9 |                                               _____/s/_____
                                              RICHARD MAZER ESQ.

10 |                                               Standby Counsel for Defendant Pro Se Mota

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER
13-CR-93 JST

## [PROPOSED] ORDER

For the reasons contained in the above stipulation, IT IS ORDERED that the status hearing scheduled for February 13, 2015 is continued until February 19, 2015 at 10 a.m. in San Francisco.

DATED: February 12, 2015



[PROPOSED] ORDER
13-CR-93 JST

3