Jonathan Mota
Pro Se

Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

Standby Counsel for Pro Se Defendant
Jonathan Mota

FILED

FEB 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93 JST |
| v. | STIPULATION AND [PROPOSED] ORDER |
| JONATHAN MOTA | |
| Defendant | |

    For the reasons stated on the record at the last status hearing in this matter, the parties jointly request that the Court vacate the April 13, 2015 trial date and all pretrial dates associated with the April 13, 2015 trial date and set the following pretrial and trial schedule: **Friday, January 22, 2016**, deadline for filing in limine motions; **Friday, January 29, 2016**, deadline for filing oppositions to in limine motions; **Friday, February 5, 2016**, deadline for filing replies to in limine motions and date by which case-in-chief disclosures for experts are due (the government agrees to turn over expert names, CVs and

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

1

reports as it is able to on a rolling basis); **Friday February 19, 2016,** hearing on in limine motions; **Wednesday, February 24, 2016** deadline for production of *Jencks/Giglio* materials that exist at the time and witness and exhibit lists due; **Monday February 29, 2016,** pretrial conference; and **March 7, 2016** jury selection and trial begin.

The parties jointly request an exclusion of time under the Speedy Trial Act, 18 U.S.C. section 3161, from April 13, 2015 through March 7, 2016. The exclusion is necessary in light of the need for effective preparation of the case by the defendant and counsel as well as continuity of counsel for the government because their trial schedules in other cases. Failure to grant the requested continuance would unreasonably deny defendant and counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review discovery and conduct further investigation.

Respectfully submitted

So stipulated

2/27/15

_____/s/_____
KATHRYN HAUN
Assistant U.S. Attorney

So stipulated

2/27/15

_____/s/_____
RICHARD MAZER ESQ.
Standby Counsel for Defendant Pro Se Mota

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

2

[PROPOSED] ORDER

For the reasons contained in the above stipulation, IT IS ORDERED that the April 13, 2015 trial date is vacated and the new trial schedule is as follows:

**Friday, January 22, 2016**: deadline for filing in limine motions;

**Friday, January 29, 2016**: deadline for filing oppositions to in limine motions;

**Friday, February 5, 2016**: deadline for filing replies to in limine motions and date by which case-in-chief disclosures for experts are due; (The government agrees to turn over expert names, CVs and reports on a rolling basis as the government receives them);

**Friday February 19, 2016**: hearing on in limine motions;

**Wednesday, February 24, 2016**: deadline for production of *Jencks/Giglio* materials that exist at the time and witness and exhibit lists due;

**Monday, February 29, 2016**: pretrial conference; and

**Monday, March 7, 2016:** jury selection and trial begin.

For the reasons contained in the above stipulation, and on the record at the last status hearing in this matter, IT IS FURTHER ORDERED that the period from April 13, 2015 through March 7, 2016 is excluded from Speedy Trial Act calculations under 18 U.S.C. section 3161(h)(7)(A) and (B)(ii) and (iv). The ends of justice served by excluding the period from April 13, 2015 through March 7, 2016 outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 2/26/15

JON S. TIGAR
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST