1
2  Jonathan Mota
   Pro Se
3  Richard B. Mazer SBN: 49632
   Law Office of Richard B. Mazer
4  99 Divisadero St.
   San Francisco, CA 94117
5  Tel:  415 621 4100
6  Standby Counsel for Pro Se Defendant
   Jonathan Mota
7
8
9
10
11
12                        UNITED STATES DISTRICT COURT
13                        NORTHERN DISTRICT OF CALIFORNIA
14                           SAN FRANCISCO DIVISION
15
   UNITED STATES OF AMERICA,        )   CASE NO. 13-CR-93 JST
16                                  )
                                    )   STIPULATION AND [PROPOSED] ORDER
17                                  )
       v.                           )
18                                  )
   JONATHAN MOTA                    )
19                                  )
       Defendant                    )
20 _____)
21
22
23
24         The parties jointly request that the Court vacate the April 24, 2015 status conference as the

25 purpose of the hearing was to set pretrial and trial dates.  The parties have agreed by stipulation and the

26 Court has ordered the pretrial and trial schedule, thus mooting the need for the status conference.

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

1

| | |
|---|---|
| | Respectfully submitted, |
| So stipulated | |
| 4/20/15 | _____/s/_____ |
| | KATHRYN HAUN |
| | Assistant U.S. Attorney |
| So stipulated | |
| 4/20/15 | |
| | _____/s/_____ |
| | RICHARD MAZER ESQ. |
| | Standby Counsel for Defendant Pro Se Mota |

STIPULATION AND ~~[PROPOSED]~~ ORDER
13-CR-93 JST

2

**[PROPOSED] ORDER**

For the reasons contained in the above stipulation, IT IS ORDERED that the April 24, 2015 status conference is hereby vacated as the pretrial and trial dates have been set.

DATED: April 21, 2015

_____
JON S. TIGAR
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

3