Jonathan Mota
Pro Se

Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

Standby Counsel for Pro Se Defendant
Jonathan Mota

**FILED**

JUN 15 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93 JST |
| v. | STIPULATION AND [PROPOSED] ORDER |
| JONATHAN MOTA | |
| Defendant | |

The parties request that the Court vacate the August 28, 2015 status conference and set said conference for September 25, 2015, as stand by counsel for Mr. Mota will be unavailable from August 27, 2015 through September 17, 2015. The Assistant United States Attorney has agreed to the continuance to accommodate stand by counsel's schedule.

The parties will be prepared to discuss with the Court any remaining discovery issues and to

//

//

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

1

1  confirm their readiness for trial as described in the Clerk's Notice Setting Status Conference dated April
2  21, 2015 (Document 171).
3
4                                                          Respectfully submitted,
5  So stipulated
6  6/11/15                                                 _____/s/_____
                                                           KATHRYN HAUN
7                                                          Assistant U.S. Attorney
8  So stipulated
9  6/11/15
10                                                         _____/s/_____
                                                           RICHARD MAZER ESQ.
11                                                         Standby Counsel for Defendant Pro Se Mota

22                                                         RIC
23                                                         Star

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

## [PROPOSED] ORDER

For the reasons contained in the above stipulation, IT IS ORDERED that the August 28, 2015 status conference is vacated. The status conference will be held on September 25, 2015 at 9:30 a.m. in Courtroom 9, 19th floor in the San Francisco Courthouse.

DATED: 6/15/15

JON S. TIGAR
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
13-CR-93 JST

3