BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAMALI TAYLOR (CABN 262489)
SARAH HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    damali.taylor@usdoj.gov; sarah.hawkins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93-JST |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR ADDITIONAL TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE |
| v. | |
| JONATHAN ANTONIO MOTA, | Date: April 29, 2016 |
| Defendant. | Time: 2:00 p.m. |
| | Court: Hon. Jon S. Tigar |

## STIPULATION

On Friday April 15, 2016, the defendant filed six new motions *in limine* which are substantive and require a response from the government. The parties hereby agree and stipulate that the government will file responses to the defendant's new *in limine* motions, on a rolling basis, by 5:00 p.m. on Tuesday, April 26, 2016.

//

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE            1
13-CR-93 JST

13-CR-93 JST

IT IS SO STIPULATED.

DATED: April 25, 2016

BRIAN J. STRETCH
United States Attorney

/s/
DAMALI A. TAYLOR
SARAH HAWKINS
Assistant United States Attorneys

DATED: April 25, 2016

/s/
RICHARD MAZER ESQ.
Standby Counsel for the Defendant Pro Se Mota

### [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court hereby ORDERS that the government's responses to defendant's motions *in limine* will be filed on a rolling basis by 5 p.m. on April 26, 2016.

IT IS SO ORDERED.

DATED: April 26, 2016

HON. JON S. TIGAR

APPROVED
Judge Jon S. Tigar

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE            2
13-CR-93 JST