BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
SARAH HAWKINS  (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-0093 JST |
|---|---|---|
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE: EXAMINATION OF EVIDENCE BY DEFENSE EXPERT |
| JONATHAN ANTONIO MOTA, | ) | |
|     Defendant. | ) | |

    Based upon a stipulation of the parties, and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the Court ORDERS as follows:

    The government shall allow the defense expert Peter Barnett to inspect physical evidence in this case; specifically the tires from the Toyota Tacoma that was recovered April 30, 2013 in Lake County, California.

    IT IS FURTHER ORDERED that an ATF Special Agent or Task Force Officer shall deliver the tires to Mr. Barnett at Forensic Analytical Sciences, Inc. located at 3777 Depot Road Suite 403 Hayward, CA 94545-2761 on a date agreed upon by all parties.

    IT IS FURTHER ORDERED that upon delivery of the exhibits identified above to the defense expert, that an ATF Agent or Task Force Officer shall be present when the defense expert conducts his

inspection of the tires. Upon the completion of the examination, the defense expert shall forthwith return the remaining above-listed exhibits to the ATF agent or Task Force Officer in attendance;

IT IS FURTHER ORDERED that potential government expert William Woodruff be permitted to attend the examination;

IT IS FURTHER ORDERED, in accordance with Federal Rule of Criminal Procedure 16(b)(1)(B), that the defendant shall promptly provide the government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analysis conducted under this Order in the event that the defendant intends to use the results or report in the defendant's case-in chief at trial or in sentencing; and

IT IS FURTHER ORDERED that Mr. Barnet is to safeguard the evidence received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

DATED: May 3, 2016

_____
HON. JON S. TIGAR
United States District Judge

APPROVED AS TO FORM:

DATED:

_____/s/_____
RICHARD MAZER
Standby Counsel for Jonathan Mota

DATED:

_____/s/_____
DAMALI A. TAYOR
SARAH HAWKINS
Assistant United States Attorneys