1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   United States of America,                    Case No. 13-cr-00093-JST-1

              Plaintiff,

8                                                **ORDER GRANTING DEFENDANT'S
                                                 RENEWED APPLICATION FOR**
      v.
                                                 **ISSUANCE OF SUBPOENAS FOR**
9                                                **DOCUMENTS PURSUANT TO RULE**
    JONATHAN MOTA,                               **17(C)**
10
              Defendant.                         Re: ECF No. 276
11

12          Upon application of Defendant Jonathan Mota, and good cause appearing for the pretrial

13   issuance of subpoenas for documents in order to prepare a defense in the trial of this case,

14          IT IS HEREBY ORDERED that the application to issue a subpoena to the Custodian of

15   Records for the Lake County Sheriff's Department is GRANTED, and the specific items sought

16   listed in the application must be provided as to the following officers: Lake County Sheriff's

17   Officers Jerry Pfann, John Drewry, Corey Paulich, Douglas Dahmen, and Frank Rivero.

18          IT IS FURTHER ORDERED that the Clerk of the District Court issue the proposed

19   subpoena submitted by Defendant and stand by counsel with their application.

20          IT IS FURTHER ORDERED that the U.S. Marshal's Office serve said subpoena, as well

21   as a copy of this Order, on the Custodian of Records for the Lake County Sheriff's Department at

22   government expense forthwith upon receipt of the subpoena issued by the Clerk of the District

23   Court.

24          The Court further finds good cause under Crim. L. R. 17-2(d) for a shortened schedule to

25   hear any potential motion to quash.  A motion to quash the subpoena, if any, shall proceed on the

26   following expedited schedule:

27          ///

28          ///

United States District Court
Northern District of California

1    If the government and/or the Lake County Sheriff's Office objects to the production of the

2    subpoenaed material to the defense, they shall file their motion to quash within five days of their

3    receipt of the subpoena.  Mr. Mota will be given three days from the receipt of the motion to quash

4    to file his response, and the Court will set a hearing as soon as practicable.

5        IT IS SO ORDERED.

6    Dated: May 3, 2016

7                                                    _____
                                                     JON S. TIGAR
8                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2