**FILED**

**JUL 05 2016**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:13-cr-00093-JST United States of America v. Jonathan Mota

Court's Exhibits

| Number | Description | Marked | Admitted |
|---|---|---|---|
| ONE | CRIMINAL CASE PEREMPTORY CHALLENGES | | 06/01/2016 |
| TWO | JUROR NOTE: CAN WE SEE WHERE LIBRARY PARK... | | 06/13/2016 |
| THREE | COPIES OF EMAIL AND TEXT MESSAGES TO THOMAS THORNBURGH. | | JUN 2 7 2016 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |